**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | |
|---|---|
| KAIFI LLC,<br><br>Plaintiff,<br>v.<br><br>APPLE INC.,<br><br>Defendant. | Case No. 1:26-cv-00023-ADA |

**STIPULATED MOTION TO TRANSFER VENUE TO THE SOUTHERN DISTRICT OF CALIFORNIA PURSUANT TO 28 U.S.C. § 1404(A)**

Defendant Apple Inc. ("Apple") and Plaintiff KAIFI LLC ("KAIFI") hereby file this stipulated motion to transfer this case to the United States District Court for the Southern District of California pursuant to 28 U.S.C. § 1404(a). This joint request is based on the facts and circumstances of this case. The parties agree this request shall not be used as an admission or concession, or a basis, for seeking transfer of any other matter. The parties have agreed not to further contest venue or move to transfer this action (and waive any rights thereto) to any other venue, district, or division.

The Court has authority to order this transfer under 28 U.S.C. § 1404:

> (a) For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought or to any district or division to which all parties have consented.
>
> (b) Upon motion, consent or stipulation of all parties, any action, suit or proceeding of a civil nature or any motion or hearing thereof, may be transferred, in the discretion of the court, from the division in which pending to any other division in the same district. Transfer of proceedings in rem brought by or on behalf of the United States may be transferred under this section without the consent of the United States where all other parties request transfer.

Wherefore, for good cause, and pursuant to 28 U.S.C § 1404(a), the parties respectfully

request that the Court enter the Proposed Order submitted with this Motion as set forth above.

Dated: August 7, 2026

*/s/ Daniel Schwartz*

Charles Ainsworth
(Texas Bar No. 00783521)
charley@pbatyler.com
**PARKER, BUNT & AINSWORTH, P.C.**
100 E. Ferguson, Suite 418
Tyler, Texas 75702
Telephone: (903) 531-3535

Andrew Choung
(admitted *Pro Hac Vice*)
achoung@nixonpeabody.com
Jennifer Hayes
(admitted *Pro Hac Vice*)
jenhayes@nixonpeabody.com
**NIXON PEABODY LLP**
300 S. Grand Avenue, Suite 4100
Los Angeles, CA 90071
Telephone: (213) 629-6000
Facsimile: (213) 629-6001

Daniel J. Schwartz
(admitted *Pro Hac Vice*)
djschwartz@nixonpeabody.com
**NIXON PEABODY LLP**
70 W. Madison Street, Suite 5200
Chicago, IL 60602
Telephone: (312) 977-4400
Facsimile: (844) 560-8137

*Attorneys for Plaintiff KAIFI LLC*

Respectfully Submitted,

*/s/ Brian A. Rosenthal*

Brian A. Rosenthal
brosenthal@gibsondunn.com
Katherine Q. Dominguez
kdominguez@gibsondunn.com
Allen Kathir
akathir@gibsondunn.com
Sung Bin Lee
slee3@gibsondunn.com
Alena Farber
afarber@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035

Andrew Robb
arobb@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
310 University Avenue
Palo Alto, CA 94301-1744
Telephone: 650.849.5300
Facsimile: 650.849.5333

Hannah L. Bedard
hbedard@gibsondunn.com
Wendy W. Cai
wcai@gibsondunn.com
**GIBSON, DUNN & CRUTCHER LLP**
1700 M Street, N.W.
Washington, D.C. 20036-4504
Telephone: 202.955.8500
Facsimile: 202.467.0539

Steve Wingard
Texas Bar No. 00788694
swingard@scottdoug.com
Stephen Burbank
Texas Bar No. 24109672
sburbank@scottdoug.com
Robert P. Earle
Texas Bar No. 24124566
rearle@scottdoug.com

**SCOTT DOUGLAS & MCCONNICO LLP**
303 Colorado Street, Suite 2400
Austin, TX 78701
Telephone: 512.495.6300
Facsimile: 512.495.6399

*Attorneys for Defendant Apple Inc.*

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rules CV-7(g), the undersigned hereby certifies that counsel for Defendant conferred with counsel for Plaintiff, and the parties agree to the relief requested.

*/s/ Steve Wingard*
Steve Wingard

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via electronic mail on August 7, 2026.

*/s/ Steve Wingard*
Steve Wingard